UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4248-ABC(JTLx) | Date | June 27, 2008 |
|---|---|---|---|
| Title | Cesar Octavio Otero, et al -vs- City of Los Angeles, et al | | |

| Present: The Honorable | AUDREY B. COLLINS | | |
|---|---|---|---|
| Daphne Alex | not reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**   (IN CHAMBERS)

The Court hereby issues an Order to Show Cause why the parties have not complied with Rule 16.  The pre trial documents filed last year are incomplete and unsatisfactory.  Plaintiff's witness list is also unacceptable, listing 120 witnesses.  The defense has failed to file any witness list.  The parties have failed to file a joint exhibit list.  These documents were due 21 days before the Final Pre Trial Conferencw, which, having been continued several times, is now July 7, 2008.

The Court expects complete and realistic compliance with Rule 16.  Iti s also unclear to the Court whether the parties have complied with Rule 16's settlement conference requirements, given the parties' failure to notify the Court of the outcome of the settlement conference to be held no later than May 30, 2008.

The parties are to file a joint report responding to this minute order by July 2, 2008, with courtesy copies delivered directly to chambers.

:

Initials of Preparer   DA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4248-ABC(JTLx) | Date | June 27, 2008 |
|---|---|---|---|
| Title | Cesar Octavio Otero, et al -vs- City of Los Angeles, et al | | |