UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR OCTAVIO OTERO, *et al.*,<br>Plaintiffs,<br>vs.<br>CITY OF LOS ANGELES, *et al.*,<br>Defendants. | **CASE NO. CV 05-04248 CW**<br>*Assigned to Honorable Carla Woehrle*<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER RE DOCUMENTS AND OTHER ITEMS PRODUCED BY DEFENDANTS**<br><br>NOTE CHANGE MADE BY COURT |

The Court has reviewed and now confirms the concurrently filed Stipulation and [Proposed] Protective Order Re Documents and Other Items Produced by Defendants.

IT IS HEREBY ORDERED

1. Pursuant to *Miller v. Pancucci*, 141 F.R.D. 292 (C.D. Cal. 1992), Defendants City of Los Angeles, Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl Williams (collectively, "Defendants") have requested that this Court enter a protective order governing the use of documents and information to Plaintiffs Cesar Octavio Otero, Diana Rayos, Fernando Quintana, Fernando Quintana, Jr. And Judy Quintana ("Plaintiffs") and their counsel. Defendants believe that the documents and information to be disclosed by Defendants are privileged and confidential and their use should be strictly limited. This Stipulation is entered to address Defendants' concerns.

2. All originals and copies of interrogatory responses obtained from Defendants pursuant to this mutually agreed Stipulation and Protective Order; all originals and copies of documents responsive to Plaintiffs' Request for Production of Documents that were obtained from Defendants pursuant to this mutually agreed Stipulation and Protective Order; and all originals and copies of transcripts, video recordings, and audio recordings of any deposition taken in this matter during which any of the foregoing interrogatory responses or documents responsive to Plaintiffs' Request for Production of Documents are used, mentioned, reviewed, discussed, or referred to (hereinafter collectively "the Protected Documents"), shall be subject to this Protective Order as follows. **"Protected Documents" as described herein shall be limited to law enforcement personnel or internal investigative records and other such confidential material provided in Defendants' discovery responses.**

3. All of the Protected Documents shall be stamped "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" and shall be sealed pursuant to this Order.

4. Each person and/or entity receiving any of the Protected Documents shall not disclose to any person or entity, in any manner, including orally, any of the Protected Documents or any of the information contained therein. Any such disclosure shall be construed as a violation of this Order, except when used for purposes of this litigation as described in Paragraph No. 13 of this Order and it is done so under seal.

5. The Protected Documents and all information contained therein, may only be disclosed to the following "qualified" persons:

(a) Counsel of record for the parties to this civil litigation;

(b) Plaintiffs and Defendants City of Los Angeles, Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl Williams;

(c) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a); and

(d) Court personnel, including stenographic reporters engaged in such proceedings

as are necessarily incidental to preparation for the trial of this action.

6. Prior to receiving or reviewing any of the Protected Documents, each "qualified" person listed in Paragraph No. 5 of this Order shall be provided with a copy of this Order and shall execute and date a non-disclosure agreement in the form of Attachment "A", a copy of which be provided forthwith to counsel for all parties.

7. Except for the use of the Protected Documents during the trial in this matter, if any of the Protected Documents, or any portion thereof, are to be used in this proceeding, they shall be filed with the Court under seal.

8. A copy of this Order shall be attached as an exhibit to the Protected Documents.

9. The court reporter, videographer, and audiographer, if any, who record all or part of the depositions in this matter of Defendants Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl Williams, or any other current or former employee of the Los Angeles Police Department shall be subject to this Order and precluded from providing the original deposition videotape, audiotape, or portions thereof, any copies thereof, or portions of copies thereof, to any persons other than counsel of record.

10. Those attending the depositions of Defendants Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl Williams, or any other current or former employee of the Los Angeles Police Department shall be bound by this Order and, therefore, shall not disclose to any person or entity, in any manner, including orally, any statements made by Defendants Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl William, or any other current or former employee of the Los Angeles Police Department during the course of said depositions.

11. Each person attending the depositions of Defendants Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl Williams, or any other current or former

employee of the Los Angeles Police Department and each person receiving or reviewing any of the Protected Documents must consent to the jurisdiction of the United States District Court for the Central District of California with respect to any proceeding relating to enforcement of this Order, including, without limitation, any proceeding for contempt and/or monetary sanctions as provided in Paragraph No. 15 of this Order. Unless made on the record in this litigation, counsel making the disclosure to any person described above shall retain the original executed copy of said agreement until thirty (30) days after this litigation has become final, including any appellate review.

12. The Protected Documents shall be used solely in connection with the preparation and trial of the within case (Case No. CV05-4248 CW), and any related appellate proceedings, and not for any other purposed, including, without limitation, any other litigation or administrative proceedings or any investigation related thereto. This does not preclude Plaintiffs' Counsel Thomas E. Beck from mentioning the existence of the Protected Documents to a judge in any current or future litigation involving Defendants City of Los Angeles, Officer Eric Young, Officer Jeffrey Bright, Officer Michael Nagel, Officer Michael Levant, Officer Joseph Yamzon, Officer Hannu Tarjamo, and Officer Earl Williams, so long as the Protected Documents themselves and the privileged and private information contained therein are not used for any other purpose other than the preparation and trial of the within case.

13. This Order is made for the purpose of ensuring that the Protected Documents and the information contained therein will remain confidential.

14. No more than thirty (30) calendar days after the judgment in this matter becomes final, Plaintiffs' counsel, and every other person and/or entity who received originals or copies of the Protected Documents shall return all originals and copies of the Protected Documents to Defendant City of Los Angeles, care of Deputy City Attorney Richard M. Arias, City Hall East, 200 North Main Street, 6th Floor, Los Angeles, California 90012.

///

15. Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanction.

Dated: __July 14, 2009____ ____________/S/__________________
CARLA WOEHRLE
United States Magistrate Judge

***Submitted by:***

**ROCKARD J. DELGADILLO**, City Attorney (SBN 125465x)
**MICHAEL CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**RICHARD M. ARIAS** Deputy City Attorney (SBN 55416)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, CA 90012
Email: Richard.Arias@lacity.org
Attorneys for Defendants
Phone No.: (213) 978-7025, Fax No.: (213) 978-8785