1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 CESAR OCTAVIO OTERO, DIANA<br>RAYOS, FERNANDO QUINTANA,<br>FERNANDO QUINTANA, JR. and<br>13 JUDY QUINTANA, | Case No.  CV05-4248 CW |
| 14     *Plaintiffs,* | **DEFENDANTS' JUDGMENT ON**<br>**SPECIAL VERDICT** |
| 15     vs. | |
| 16 CITY OF LOS ANGELES, OFFICER<br>YOUNG, #34444, OFFICER BRIGHT,<br>17 #34313, OFFICER LEVANT, #35007,<br>OFFICER YAMZON, #35670, OFFICER<br>18 TARJAMO, #33948, OFFICER<br>WILLIAMS, #25458, individually and as<br>19 peace officers, | Trial Judge:<br>**Carla Woehrle**<br>**Courtroom: 640 - Roybal** |
| 20     *Defendants.* | |

21 _____

22     This action came on regularly for trial by jury on September 8, 2010, with

23 attorney Thomas E. Beck appearing for Plaintiffs CESAR OCTAVIO OTERO,

24 DIANA RAYOS, and FERNANDO QUINTANA, JR.  And FERNANDO

25 QUINTANA and JUDY QUINTANA, appearing in person.  Defendants, JEFFREY

26 BRIGHT, ERIC YOUNG, HANNU TARJAMO, MICHAEL LEVANT, DAVID

27 STAMBAUGH, JOSEPH YAMZON and EARL WILLIAMS appearing in person and

28 by and through RICHARD M. ARIAS, Deputy City Attorney; a jury of eight persons

1

duly impaneled and sworn; witnesses testified; evidence was received; and after being duly instructed by the court, the jury deliberated and thereon returned the following special verdict:

## JUDGMENT ON SPECIAL VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY in the above-entitled action, find the following Special Verdict on the questions submitted to us:

Question No. 1

Did Defendant Officers unreasonably search Plaintiff's residence?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | __X__No |
| 2. | Eric Young | _____Yes | __X__No |
| 3. | Hannu Tarjamo | _____Yes | __X__No |
| 4. | Michael Levant | _____Yes | __X__No |
| 5. | David Stambaugh | _____Yes | __X__No |
| 6. | Joseph Yamzon | _____Yes | __X__No |
| 7. | Earl Williams | _____Yes | __X__No |

Now proceed to answer question No. 2.

Question No. 2

Did Defendant Officers use unreasonable force in detaining and/or arresting the Plaintiff, Fernando Quintana, Sr.?

2

Answer "yes" or "no" after the name of the Defendant.

1.   Jeffrey Bright                _____Yes                __X__No
2.   Eric Young                    _____Yes                __X__No
3.   David Stambaugh               _____Yes                __X__No

Now proceed to answer question No. 3.

Question No. 3

Did Defendant Officers use unreasonable force in detaining and/or arresting the Plaintiff, Judy Quintana?

Answer "yes" or "no" after the name of the Defendant.

1.   David Stambaugh               _____Yes                __X__No

Now proceed to answer question No. 4.

Question No. 4

Did Defendant Officers use unreasonable force in detaining and/or arresting the Plaintiff, Diana Rayos?

Answer "yes" or "no" after the name of the Defendant.

1.   Michael Levant               _____Yes                __X__No

Now proceed to answer question No. 5.

Question No. 5

Did Defendant Officers use unreasonable force in detaining and/or arresting the Plaintiff, Cesar Octavio Otero?

Answer "yes" or "no" after the name of the Defendant.

1.    Jeffrey Bright                    _____Yes                    __X__No
2.    Eric Young                       _____Yes                    __X__No
3.    Hannu Tarjamo                    _____Yes                    __X__No
4.    Michael Levant                   _____Yes                    __X__No
5.    David Stambaugh                  _____Yes                    __X__No
6.    Joseph Yamzon                    _____Yes                    __X__No
7.    Earl Williams                    _____Yes                    __X__No

Now proceed to answer question No. 6.

Question No. 6

Did Defendant Officers use unreasonable force in detaining and/or arresting the Plaintiff, Fernando Quintana, Jr.?

Answer "yes" or "no" after the name of the Defendant.

1.    Michael Levant                   _____Yes                    __X__No

Now proceed to answer question No. 7.

4

Question No. 7

Did Defendant Officers have reasonable suspicion to detain and/or probable cause to arrest the Plaintiff, Fernando Quintana, Sr.?

Answer "yes" or "no" after the name of the Defendant.

1.    Jeffrey Bright                    __X__Yes                    _____No
2.    Eric Young                        __X__Yes                    _____No

Now proceed to answer question No. 8.

Question No. 8

Did Defendant Officers have reasonable suspicion to detain and/or probable cause to arrest the Plaintiff, Judy Quintana?

Answer "yes" or "no" after the name of the Defendant.

1.    Jeffrey Bright                    __X__Yes                    _____No
2.    Eric Young                        __X__Yes                    _____No

Now proceed to answer question No. 9.

Question No. 9

Did Defendant Officers have reasonable suspicion to detain and/or probable cause to arrest the Plaintiff, Diana Rayos?

Answer "yes" or "no" after the name of the Defendant.

1   1.   Jeffrey Bright                  __X__Yes             _____No

2   2.   Eric Young                   __X__Yes             _____No

3   3.   Michael Levant              __X__Yes             _____No

4

5          Now proceed to answer question No. 10.

6

7   <u>Question No. 10</u>

8          Did Defendant Officers have reasonable suspicion to detain and/or probable

9   cause to arrest the Plaintiff, Cesar Octavio Otero?

10

11          Answer "yes" or "no" after the name of the Defendant.

12

13   1.   Jeffrey Bright                  __X__Yes             _____No

14   2.   Eric Young                   __X__Yes             _____No

15   3.   Hannu Tarjamo               __X__Yes             _____No

16   4.   Michael Levant              __X__Yes             _____No

17   5.   Joseph Yamzon              __X__Yes             _____No

18   6.   Earl Williams               __X__Yes             _____No

19

20          Now proceed to answer question No. 11.

21

22   <u>Question No. 11</u>

23          Did Defendant Officers have reasonable suspicion to detain and/or probable

24   cause to arrest the Plaintiff, Fernando Quintana, Jr.?

25

26          Answer "yes" or "no" after the name of the Defendant.

27

28   1.   Jeffrey Bright                  __X__Yes             _____No

| | | | |
|---|---|---|---|
| 2. | Eric Young | __X__ Yes | _____ No |
| 3. | Michael Levant | __X__ Yes | _____ No |

Now proceed to answer question No. 12.

Question No. 12

Did any Officer falsely arrest and/or imprison Plaintiff, Fernando Quintana, Sr.?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____ Yes | __X__ No |
| 2. | Eric Young | _____ Yes | __X__ No |
| 3. | Any other LAPD officer | _____ Yes | __X__ No |

Now proceed to answer question No. 13.

Question No. 13

Did any Officer falsely arrest and/or imprison Plaintiff, Judy Quintana?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____ Yes | __X__ No |
| 2. | Eric Young | _____ Yes | __X__ No |
| 3. | Any other LAPD officer | _____ Yes | __X__ No |

Now proceed to answer question No. 14.

Question No. 14

Did any Officer falsely arrest and/or imprison Plaintiff, Diana Rayos?

1    Answer "yes" or "no" after the name of the Defendant.

2

3    1.    Michael Levant              _____Yes              __X__No

4    2.    Any other LAPD officer      _____Yes              __X__No

5

6    Now proceed to answer question No. 15.

7

8    <u>Question No. 15</u>

9    Did any Officer falsely arrest and/or imprison Plaintiff, Cesar Octavio Otero?

10

11   Answer "yes" or "no" after the name of the Defendant.

12

13   1.    Jeffrey Bright              _____Yes              __X__No

14   2.    Eric Young                  _____Yes              __X__No

15   3.    Hannu Tarjamo               _____Yes              __X__No

16   4.    Michael Levant              _____Yes              __X__No

17   5.    Any other LAPD officer      _____Yes              __X__No

18

19   Now proceed to answer question No. 16.

20

21   <u>Question No. 16</u>

22   Did any Officer falsely arrest and/or imprison Plaintiff, Fernando Quintana, Jr.?

23

24   Answer "yes" or "no" after the name of the Defendant.

25

26   1.    Jeffrey Bright              _____Yes              __X__No

27   2.    Eric Young                  _____Yes              __X__No

28   3.    Michael Levant              _____Yes              __X__No

8

4.     Any other LAPD officer          _____Yes                    __X__No

       Now proceed to answer question No. 17.

<u>Question No. 17</u>

       Did any Officer assault and/or batter Plaintiff, Fernando Quintana, Sr.?

       Answer "yes" or "no" after the name of the Defendant.

1.     Jeffrey Bright                    _____Yes                    __X__No
2.     Eric Young                        _____Yes                    __X__No
3.     David Stambaugh                   _____Yes                    __X__No
4.     Any other LAPD officer            _____Yes                    __X__No

       Now proceed to answer question No. 18.

<u>Question No. 18</u>

       Did any Officer assault and/or batter Plaintiff, Judy Quintana?

       Answer "yes" or "no" after the name of the Defendant.

1.     David Stambaugh                   _____Yes                    __X__No
2.     Any other LAPD officer            _____Yes                    __X__No

       Now proceed to answer question No. 19.

<u>Question No. 19</u>

       Did any Officer assault and/or batter Plaintiff, Diana Rayos?

9

1          Answer "yes" or "no" after the name of the Defendant.

2

3    1.    Michael Levant              _____Yes              __X__No

4    2.    Joseph Yamzon               _____Yes              __X__No

5    3.    Any other LAPD officer      _____Yes              __X__No

6

7          Now proceed to answer question No. 20.

8

9    <u>Question No. 20</u>

10         Did any Officer assault and/or batter Plaintiff, Cesar Octavio Otero?

11

12         Answer "yes" or "no" after the name of the Defendant.

13   1.    Jeffrey Bright              _____Yes              __X__No

14   2.    Eric Young                  _____Yes              __X__No

15   3.    Hannu Tarjamo               _____Yes              __X__No

16   4.    Michael Levant              _____Yes              __X__No

17   5.    David Stambaugh             _____Yes              __X__No

18   6.    Joseph Yamzon               _____Yes              __X__No

19   7.    Earl Williams               _____Yes              __X__No

20   8.    Any other LAPD officer      _____Yes              __X__No

21

22         Now proceed to answer question No. 21.

23

24   <u>Question No. 21</u>

25         Did any Officer assault and/or batter Plaintiff, Fernando Quintana, Jr.?

26

27         Answer "yes" or "no" after the name of the Defendant.

28

1.   Michael Levant              _____Yes              __X__No

2.   Any other LAPD officer      _____Yes              __X__No

        If you answered "No" to Questions 1 - 6 and 12 - 21 as to all named defendant officers and "any other LAPD officer," and answered "Yes" to Questions 7 - 11 as to all named defendant officers, then have your foreperson date, sign and turn in this special verdict form.

        If you answered "Yes" to any of Questions 1 - 6 and 12 - 21, or answered "No" to any of Questions 7 - 11, as to any officer, then go to Question 22,

Question No. 22

        What do you find to be the total amount of damages, if any, suffered by any Plaintiff caused by either the unreasonable search, detention and/or arrest, the use of excessive and/or unreasonable force, the false arrest and/or imprisonment and/or the assault and battery of any Plaintiff?

1.   Fernando Quintana, Sr.       Total:       $_____

2.   Judy Quintana               Total:       $_____

3.   Diana Rayos                 Total:       $_____

4.   Cesar Octavio Otero         Total:       $_____

5.   Fernando Quintana, Jr.      Total:       $_____

        If you answered "Yes" to Questions 1 - 6 and 12 - 21, or answered "No" to Questions 7 - 11, as to any named defendant officers, then proceed to answer Questions 23 through 37 as to that officer or officers only.

Question No. 23

Do you find that any Defendant Officer's conduct was malicious as to Plaintiff Fernando Quintana, Sr.'s rights?

Answer "yes" or "no" after the name of the Defendant.

| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Now proceed to answer question No. 24.

Question No. 24

Do you find that any Defendant Officer's conduct was malicious as to Plaintiff Judy Quintana's rights?

Answer "yes" or "no" after the name of the Defendant.

| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Now proceed to answer question No. 25.

Question No. 25

Do you find that any Defendant Officer's conduct was malicious as to Plaintiff Diana Rayos's rights?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Now proceed to answer question No. 26.

Question No. 26

Do you find that any Defendant Officer's conduct was malicious as to Plaintiff Cesar Otero's rights?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |

13

5.    David Stambaugh                   _____Yes                    _____No

6.    Joseph Yamzon                     _____Yes                    _____No

7.    Earl Williams                     _____Yes                    _____No


      Now proceed to answer question No. 27.


<u>Question No. 27</u>

Do you find that any Defendant Officer's conduct was malicious as to Plaintiff

Fernando Quintana, Jr.'s rights?


      Answer "yes" or "no" after the name of the Defendant.


1.    Jeffrey Bright                    _____Yes                    _____No

2.    Eric Young                        _____Yes                    _____No

3.    Hannu Tarjamo                     _____Yes                    _____No

4.    Michael Levant                    _____Yes                    _____No

5.    David Stambaugh                   _____Yes                    _____No

6.    Joseph Yamzon                     _____Yes                    _____No

7.    Earl Williams                     _____Yes                    _____No


      Now proceed to answer question No. 28.


<u>Question No. 28</u>

      Do you find that any Defendant Officer's conduct was oppressive of the

Plaintiff, Fernando Quintana, Sr.'s rights?

      Answer "yes" or "no" after the name of the Defendant.


1.    Jeffrey Bright                    _____Yes                    _____No

14

1   2.    Eric Young               _____Yes          _____No

2   3.    Hannu Tarjamo     _____Yes          _____No

3   4.    Michael Levant     _____Yes          _____No

4   5.    David Stambaugh    _____Yes          _____No

5   6.    Joseph Yamzon     _____Yes          _____No

6   7.    Earl Williams      _____Yes          _____No

7

8         Now proceed to answer question No. 29

9

10   <u>Question No. 29</u>

11         Do you find that any Defendant Officer's conduct was oppressive of the

12   Plaintiff, Judy Quintana's rights?

13

14         Answer "yes" or "no" after the name of the Defendant.

15

16   1.    Jeffrey Bright     _____Yes          _____No

17   2.    Eric Young           _____Yes          _____No

18   3.    Hannu Tarjamo     _____Yes          _____No

19   4.    Michael Levant     _____Yes          _____No

20   5.    David Stambaugh    _____Yes          _____No

21   6.    Joseph Yamzon     _____Yes          _____No

22   7.    Earl Williams      _____Yes          _____No

23

24         Now proceed to answer question No. 30.

25

26   <u>Question No. 30</u>

27         Do you find that any Defendant Officer's conduct was oppressive of the

28   Plaintiff, Diana Rayos's rights?

Answer "yes" or "no" after the name of the Defendant.

1.   Jeffrey Bright              _____Yes              _____No
2.   Eric Young                  _____Yes              _____No
3.   Hannu Tarjamo              _____Yes              _____No
4.   Michael Levant             _____Yes              _____No
5.   David Stambaugh            _____Yes              _____No
6.   Joseph Yamzon              _____Yes              _____No
7.   Earl Williams              _____Yes              _____No

Now proceed to answer question No. 31.

Question No. 31

Do you find that any Defendant Officer's conduct was oppressive of the Plaintiff, Cesar Otero's rights?

Answer "yes" or "no" after the name of the Defendant.

1.   Jeffrey Bright              _____Yes              _____No
2.   Eric Young                  _____Yes              _____No
3.   Hannu Tarjamo              _____Yes              _____No
4.   Michael Levant             _____Yes              _____No
5.   David Stambaugh            _____Yes              _____No
6.   Joseph Yamzon              _____Yes              _____No
7.   Earl Williams              _____Yes              _____No

Now proceed to answer question No. 32.

16

Question No. 32

Do you find that any Defendant Officer's conduct was oppressive of the Plaintiff, Fernando Quintana, Jr.'s rights?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Now proceed to answer question No. 33.

Question No. 33

Do you find that any Defendant Officer's conduct was in reckless disregard of the Plaintiff, Fernando Quintana, Sr.'s rights?

Answer "yes" or "no" after the name of the Defendant.

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

1   Now proceed to answer question No. 34.

2

3   Question No. 34

4   Do you find that any Defendant Officer's conduct was in reckless disregard of

5   the Plaintiff, Judy Quintana's rights?

6

7   Answer "yes" or "no" after the name of the Defendant.

8

9   1.   Jeffrey Bright              _____Yes              _____No

10  2.   Eric Young                  _____Yes              _____No

11  3.   Hannu Tarjamo               _____Yes              _____No

12  4.   Michael Levant              _____Yes              _____No

13  5.   David Stambaugh             _____Yes              _____No

14  6.   Joseph Yamzon               _____Yes              _____No

15  7.   Earl Williams               _____Yes              _____No

16

17  Now proceed to answer question No. 35.

18

19  Question No. 35

20  Do you find that any Defendant Officer's conduct was in reckless disregard of

21  the Plaintiff, Diana Rayos' rights?

22

23  Answer "yes" or "no" after the name of the Defendant.

24

25  1.   Jeffrey Bright              _____Yes              _____No

26  2.   Eric Young                  _____Yes              _____No

27  3.   Hannu Tarjamo               _____Yes              _____No

28  4.   Michael Levant              _____Yes              _____No

18

| | | | | |
|---|---|---|---|---|
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Now proceed to answer question No. 36.

Question No. 36

    Do you find that any Defendant Officer's conduct was in reckless disregard of the Plaintiff, Cesar Otero's rights?

    Answer "yes" or "no" after the name of the Defendant.

| | | | | |
|---|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Now proceed to answer question No. 37.

Question No. 37

    Do you find that any Defendant Officer's conduct was in reckless disregard of the Plaintiff, Fernando Quintana, Jr.'s rights?

    Answer "yes" or "no" after the name of the Defendant.

19

| | | | |
|---|---|---|---|
| 1. | Jeffrey Bright | _____Yes | _____No |
| 2. | Eric Young | _____Yes | _____No |
| 3. | Hannu Tarjamo | _____Yes | _____No |
| 4. | Michael Levant | _____Yes | _____No |
| 5. | David Stambaugh | _____Yes | _____No |
| 6. | Joseph Yamzon | _____Yes | _____No |
| 7. | Earl Williams | _____Yes | _____No |

Dated: September 20, 2010          Signature: _____/s/_____
                                                    Presiding Juror

                    Name printed: _____/s/_____


**JUDGMENT**


**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

    1.    That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiffs;

    2.    That the Plaintiffs shall take nothing;

    3.    That the Defendants recover their costs of suit herein.


DATED:  September 27, 2010        Carla M. Woehrle
                                  _____
                                  HONORABLE CARLA WOEHRLE
                                  UNITED STATES DISTRICT COURT JUDGE