# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO QUINTANA, SR., JUDY QUINTANA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, OFFICER ERIC YOUNG, #34444, OFFICER JEFFREY BRIGHT #34213, individually and as peace officers,<br><br>　　　　　Defendants. | Case No.   CV 05-4248 PLA<br><br>**JUDGMENT ON SPECIAL VERDICT** |

　　　　This action came on regularly for trial by jury on November 8 2016, in Courtroom "G" of the United States District Court, Central District of California, Western Division, The Honorable Paul L. Abrams, Magistrate Judge presiding, with attorney Thomas E. Beck appearing for Plaintiffs FERNANDO QUINTANA, SR. and JUDY QUINTANA.  Defendants CITY OF LOS ANGELES, Officer ERIC YOUNG, and Officer JEFFREY BRIGHT, by and through Deputy City Attorney Surekha A. Pessis; a jury of eight persons duly empaneled and sworn; witnesses testified; evidence was received; and after being duly instructed by the court, the jury

deliberated and thereon returned the following special verdict.

WE, THE JURY, in the above-entitled action now reach our unanimous verdict on the following questions submitted to us:

**FEDERAL ARREST CLAIMS**

**QUESTION NO. 1**

Did Plaintiff **Fernando Quintana, Sr.** prove by a preponderance of the evidence that one or more of the Defendant Officers arrested him without probable cause.

| | | |
|---|---|---|
| OFFICER JEFFREY BRIGHT | YES  X  | No ____ |
| OFFICER ERIC YOUNG | YES  X  | No ____ |

*If you answered "No" as to both Officers Bright and Young, then please go to Question No. 3.*

*If you answered "Yes" as to one or both of the Officers, then please go to Question No. 2.*

**QUESTION NO. 2**

Did Plaintiff **Fernando Quintana, Sr.** prove by a preponderance of the evidence that the actions of one or both of the Defendant Officers was the cause of his harm.

| | | |
|---|---|---|
| OFFICER JEFFREY BRIGHT | YES  X  | No ____ |
| OFFICER ERIC YOUNG | YES  X  | No ____ |

Please go to Question No. 3.

////

**QUESTION NO. 3**

Did Plaintiff **Judy Quintana** prove by a preponderance of the evidence that one or more of the Defendant Officers arrested her without probable cause.

| | | |
|---|---|---|
| OFFICER JEFFREY BRIGHT | YES  X  | No _____ |
| OFFICER ERIC YOUNG | YES  X  | No _____ |

*If you answered "No" as to both Officers Bright and Young, then please go to Question No. 5.*

*If you answered "Yes" as to one or both of the Officers, then please go to Question No. 4.*

**QUESTION NO. 4**

Did Plaintiff **Judy Quintana** prove by a preponderance of the evidence that the actions of one or both of the Defendant Officers was the cause of her harm.

| | | |
|---|---|---|
| OFFICER JEFFREY BRIGHT | YES  X  | No _____ |
| OFFICER ERIC YOUNG | YES  X  | No _____ |

*Please go to Question No. 5.*

### STATE LAW ARREST CLAIMS

**QUESTION NO. 5**

Did Defendants prove by a preponderance of the evidence that on June 11, 2004, they had probable cause to arrest Plaintiff **Fernando Quintana, Sr.**

| | | |
|---|---|---|
| OFFICER JEFFREY BRIGHT | YES _____ | No  X  |
| OFFICER ERIC YOUNG | YES _____ | No  X  |
| CITY OF LOS ANGELES | YES _____ | No  X  |

*Please go to Question No. 6.*

3

**QUESTION NO. 6**

Did Defendants prove by a preponderance of the evidence that on June 11, 2004, they had probable cause to arrest Plaintiff **Judy Quintana**.

| | | |
|---|---|---|
| OFFICER JEFFREY BRIGHT | YES _____ | No __X__ |
| OFFICER ERIC YOUNG | YES _____ | No __X__ |
| CITY OF LOS ANGELES | YES _____ | No __X__ |

*If you answered "No" to Question Nos. 1 and 3 and "Yes" to Question Nos. 5 and 6, then please date and sign this Verdict Form.*

*If you answered, "Yes" to Question No. 2, then please answer Question No. 7.*

*If you answered "Yes" to Question No. 4, then please answer Question No. 8.*

*If you answered "No" to Question No. 5, then please answer Question No. 7.*

*If You answered "No" to Question No. 6, then please answer Question No. 8.*

**QUESTION NO. 7**

What amount of damages do you award to **Plaintiff Fernando Quintana, Sr.**

$ __30,000.000__

**QUESTION NO. 8**

What amount of damages do you award to **Plaintiff Judy Quintana.**

$ __20,000.000__

*Please date and sign below, and return this form to the Court. Thank you.*

DATED: __11-15-16__              /s/
                                 FOREPERSON OF THE JURY

4

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of Plaintiffs Fernando Quintana, Sr. and Judy Quintana and against Defendants City of Los Angeles, Officers Eric Young, and Officer Jeffrey Bright, jointly and severally;

2. That the Plaintiffs take damages pursuant the verdict; and

3. That the Plaintiffs recover their costs of suit, including attorneys fees to be awarded herein.

DATED: November 29, 2016

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

Approved as to form and content.

Date: /s/Surekha A. Pessis
Surekha A. Pessis
Deputy City Attorney
Attorney for Defendants
City of Los Angeles, Eric Young and
Jeffrey Bright