# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO QUINTANA, SR., JUDY QUINTANA,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER ERIC YOUNG, #34444, OFFICER JEFFREY BRIGHT #34213, individually and as peace officers,<br><br>    Defendants. | Case No. CV 05-4248 PLA<br><br>**AMENDED JUDGMENT PURSUANT TO STIPULATION** |

    Pursuant to the agreement of the parties to this action, Plaintiffs' November 29, 2016 judgment is amended in the following respects only: Defendants Officer ERIC YOUNG and Officer JEFFREY BRIGHT are removed and the sole liable party is the City of Los Angeles.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of Plaintiffs Fernando Quintana, Sr. and Judy Quintana and against Defendant City of Los Angeles;

2. That the Plaintiffs take damages pursuant the verdict.

DATED: May 9, 2017      _____
                        HONORABLE PAUL L. ABRAMS
                        UNITED STATES MAGISTRATE JUDGE

Approved as to form and content.

Date: /s/Surekha A. Pessis
      Surekha A. Pessis
      Deputy City Attorney
      Attorney for Defendants
      City of Los Angeles, Eric Young and
      Jeffrey Bright